UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HSBC Bank USA, National Association as Trustee for Option One Mortgage Loan Trust 2007-HL1 Asset-Backed Certificates, Series 2007-HL1<br><br>      Plaintiff,<br><br>vs.<br><br>Martha Miles, et al.<br><br>      Defendants. | Case No. 2:07-cv-949<br><br>Judge Algenon L. Marbley<br><br>**ORDER DISMISSING CASE** |

UNITED STATES DISTRICT JUDGE ALGENON L. MARBLEY

    This matter is before the Court on the motion of Plaintiff for an order dismissing this case under Rule 41(a)(2) of the Federal Rules of Procedure. The Court hereby grants Plaintiff's motion. The case is hereby dismissed without prejudice at Plaintiff's costs.

**IT IS SO ORDERED.**

_____
Algenon L. Marbley
UNITED STATES DISTRICT JUDGE